582 P.2d 639

**Myron C. LaBARR, Appellant,**

v.

**TOMBSTONE TERRITORIAL MINT, an Arizona Corporation, Richard F. Hewlett, Mineral Exploration Company Limited, a New Jersey limited partnership, Pan Continental Mining Company, a New Jersey limited partnership and 1971 Minerals Limited, a New Jersey limited partnership, Appellees.**

No. 13747–PR.

Supreme Court of Arizona,
In Banc.

May 31, 1978.

O'Connell, Hecker & Phillips by Lawrence M. Hecker, Jr., Tucson, for appellant.

Rees & Mercaldo, P. C. by Ronald D. Mercaldo, Tucson, for appellees.

CAMERON, Chief Justice.

Petition for review granted. The opinion of the Court of Appeals as reported in 119 Ariz.App. 283, 580 P.2d 744 (App.1978) is approved and adopted as the opinion of this court.

STRUCKMEYER, V. C. J., and HAYS, HOLOHAN and GORDON, JJ., concur.